**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

UNITED STATES OF AMERICA,

               Plaintiff,

    v.

THOMAS JOSEPH PETTERS,

               Defendant.

**CRIMINAL NO.  08-364 (RHK)**
**CIVIL NO.  13-1110 (RHK)**


**NOTICE OF WITHDRAWAL OF**
**MICHELLE R. SCHJODT**

---

**TO:   CLERK OF COURT AND COUNSEL OF RECORD**

PLEASE TAKE NOTICE that pursuant to Rule 83.7(a) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court that Attorney Michelle R. Schjodt has withdrawn as counsel of record for Crown Bank.  All other current attorneys of record at Oppenheimer Wolff & Donnelly LLP shall continue to represent Crown Bank in this action.


Dated:  June 20, 2014        OPPENHEIMER WOLFF & DONNELLY LLP

                       By:   s/ Michelle R. Schjodt
                          Michelle R. Schjodt  (No. 0390490)

                       222 South Ninth Street
                       Suite 2000
                       Minneapolis, Minnesota  55402-3338
                       Telephone:   (612) 607-7000
                       Facsimile:   (612) 607-7100
                       Email:       mschjodt@oppenheimer.com